IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD MAYFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-0718-WS-M |
| | ) |
| DRUMMOND CO., INC., et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT DRUMMOND, LTD.'S
## NOTICE OF FILING

Comes now defendant Drummond, Ltd. and gives notice that it is filing Exhibits 1 through 5 to Drummond, Ltd's Brief in Support of its Motion for Summary Judgment by conventional method with the Clerk's Office.

_____
ALEX F. LANKFORD, III (LANKA8711)
NORMAN M. STOCKMAN (STOCN9440)
Attorney for Drummond, Ltd. And
Drummond Co., Inc.
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Tel: 251-432-5511
Fax: 251-694-6375
Email: nstockman@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 4th day of October, 2004, served the above pleading with attached exhibits on counsel for all parties to this proceeding, by placing same in the United States mail, properly addressed and first class postage prepaid.

Counsel of Record:

DAVID A. HILLEREN
Post Office Box 9150
Mandeville, Louisiana 70470