OL AP# 71441

# DRUMMOND LTD. COLOMBIA

## INJURY, ILLNESS AND PROPERTY DAMAGES ACCIDENT REPORT
### (THIS REPORT MUST BE COMPLETED THE SAME DAY OF THE ACCIDENT)

DEPARTMENT/SECTION: MARINE OPERATIONS COLOMBIA LTD   CASE ID No. ____-14/.

LOCATION WHERE ACCIDENT HAPPENT: EVITA

EMPLOYEE NAME: RICHARD MAYFIELD   I.D.# 100346

ADDRESS: 297 CHESTNUT OAK DR. MANDEVILLE LA 70448   PHONE No: 504-727-7898

DATE OF BIRTH: 5-8-1946   AGE 54   SEX: ☒ Male ☐ Fem   DATE OF EMPLOYMENT 10-18-2000

MARITAL STATUS ☐ Single ☒ Married ☐ Divorced ☐ Widowed ☐ Living with   No OF DEPENDENTS 4

DATE OF ACCIDENT: 1-25-2001   TIME: 0830   TIME SHIFT STARTED 0600   SHIFT: Day

TYPE OF EVENT: ☒ Injury ☐ Illness ☐ PD CONSEQUENCES ☐ Death ☐ Per. Disab. ☐ Temp. Disab. ☒ F. Aid ☐ PD.Mayor/Minor

IF INJURY RESULTED IN DEATH OR MAYOR PD WHAT WAS THE DATE IT OCCUR?: ____

MINING EXPERIENCE: 0   EXPERIENCE IN CURRENT JOB: 30 YRS   EXPERIENCE AT LOCATION: 4 MONTHS

EMPLOYEE'S REGULAR OCCUPATION: MARINE SUP.   OCCUPATION WHEN ACCIDENT: DIVING OFFICER

EQUIPMENT INVOLVED: HYD. SAW   MODEL No ____   MANUFACTURER: STANLEY

BODY PART INJURED/EQUIPMENT PARTS: STRAINED BACK   TYPE OF INJURY/
(CONTUSION, STRAIN, ETC)/DEMAGES: STRAINED BACK

FULLY DESCRIBE HOW THE ACCIDENT OCCURRED AND WHAT CAUSED IT: HAD TO LOAD HYD. POWER UNIT INTO AND OFF OF PICK UP- DOWN PIER ONTO EVITA - OFF EVITA AND EL CID TO USE TO REMOVE CHAIN FROM STBD. PROP. OF ELCID ALL ABOVE STEPS ARE REVERSED TO UNLOAD - PULL BACK GETTING UNIT OFF OF EVITA ONTO ELCID - REQUIRES 4 PEOPLE

STEPS TAKEN TO PREVENT A SIMILAR OCCURRENCE: ____

NAME OF WITNESS: ____   DATE AND TIME OF INVESTIGATION: ____

NAME AND ADDRESS OF TREATING PHYSICIAN/HOSPITAL: ____

TRANSPORTATION PROVIDED: ____   TREATMENT: ☐ Hospitalized ☐ Outpatient ☐ Emergency Treatment ☐ Health Unit.

DID EMPLOYEE RECEIVE FULL PAY FOR DAY OF ACCIDENT? ☐ Yes ☐ No   DATE DISABILITY BEGAN? ____   # OF DAYS: ____

HAS INVOLVED EMPLOYEE RETURNED TO WORK? ☐ Yes ☐ No   IF SO, DATE ____   AT WHAT WAGE? ____

AT WHAT OCCUPATION? ____   DATE REPORT COMPLETED ____

SUPERVISOR SIGNATURE: ____   SENIOR SUPERVISOR SIGNATURE: ____

SUPERINTENDENT SIGNATURE ____   PERSON COMPLETING REPORT: RICHARD MAYFIELD

ACCIDENT.DOC/AIMS DATAPORT DRUMMOND/SAFETY

EXHIBIT 1