

**DEFENDANT'S EXHIBIT 1**

Richard E. Mayfield
297 Chestnut Oak Dr.
Mandeville, Louisiana 70448
E-Mail   remayfield46@hotmail.com
Phone (985) 727-7898
Cell (985) 630-0608

**EDUCATION:**
2002 Universadad Del Norte (Colombia S.A.) 420 hrs. Spanish Classes
2002 Universadad Del Norte (Colombia S.A.) 90 hrs. Personnel Mgmt.
1996 Mandina,s Inspection Level I and II, M.T.and P.T.
1994 American Welding Society-50 Hr. Welding Inspection Course
1989 Northampton County Area Community College-Computer Basics
1985 Advanced Ultrasonics Schools-ASNT Level 1 U.T.
1985 ASME Short Course ANSI/SPPE 1 1985
1975 Advanced Schools Inc. A/C and Refrigeration
1967 U.S. Navy GM 71 Series Diesel School
1965 U.S. Navy Second Class Diving School
1963 Slidell High School

**PROFESSIONAL ASSOCIATIONS:**
American Society of Mechanical Engineers (ASME)
American Society for Quality (ASQ)
American Welding Society (AWS)"Certified Welding Inspector"
National Institute for Automotive Excellence (ASE)"Certified Master Mechanic"
U.S. Merchant Marine "Qualified Member of Engineering Dept., Ordinary Seaman"
Professional Association of Diving Instructors "Divemaster"
Association of Diving Contractors (ADC)

**SPECIFICATIONS, WORKING KNOWLEDGE OF:**
ASME, API, ISO 9000 series, DNV, ABS, AWS, ASNT, AISC, Lloyds Register, and various Mil Specs.

**PROFESSIONAL EXPERIENCE:**

7/02 thru Present   **Oceans Technology Inc., Third Party Inspector**
   Representative on jobs for various Companies, monitoring Diving, underwater inspection(MMS), Welding, Construction, Maintenance, and other activities. To provide constant contact with the client for adherence to customer requirements, problem resolution and/or change order clarification as required.

10/99 Thru 7/02 **Drummond LTD.,Colombia S.A.-Senior American Supervisor/Diving Officer/Welding Engineer**
   Direct the marine activities related to loading ships in four anchorages with coal. Direct maintenance activities of all marine assets. Direct and perform all diving related work, along with maintenance of diving equipment. Perform Certified Welding Inspector related tasks and direct Non Destructive testing.

11/97 Thru 10/99 - **Searex Manufacturing/General Manager**
Direct construction, engineering, estimating, quality assurance, write welding procedures, test welders and provide consulting support when diving operations are present on our vessels. This is a support facility for structural welding, piping, machining, and assembly of large offshore jack-up vessels.

5/95 to 11/97 -**Q/A. Consultant/Welding Inspector**  Pool Co.
Contract Q./A./Engineering consultant , Certified Welding Inspector for construction of A.P.I. certified drilling rigs and associated equipment, advise when diving operations are to be performed off of the rigs.
10/94 to 4/95 -**Chief Engineer** Bean Dredging
Operate and direct maintenance of ALCO and EMD diesels and all associated support equipment both mechanical and electrical.

4/94 to 10/94 - **3rd Party Inspector** MEI ENGINEERING AND QUALITY SERVICES INC. Quality Assurance inspection of various items, devices, pressure vessels and diving chambers usually in ASME or ISO certified facilities, as a customer representative.

4/93 to 4/94 - **General Manager** AQUA TECH DIVE CENTER  Marrero, La
Construction Management and Sales of Commercial and Military Diving and Marine Equipment. Generated revenue from the world market. Responsibilities include sales, purchasing, finance, personnel, customer interface, and custom design and engineering.

10/92 to 4/93 -**Diving Supervisor** SUB-SEA INTERNATIONAL
Belle Chasse, La
Saturation, air+gas diving supervisor, life support tech.
Training coordinator and documentation specialist.

10/91 to Present - **Q.C./Q.A. Consultant** Outland Technology, Inc.
Gretna, LA
Established Q.A./Q.C. program for this underwater electronics company to MIL Q 9858A and ISO - 9001. Generated QA/QC manuals and operations procedures, with regard to the diving industry.

5/90 to 9/91 - **Q.C. Consultant** - Production Management Industries, Harvey La
Implemented procedures and policies to bring the company thru an ASME / National Board audit to obtain a "U"and "R" stamp to build and repair pressure vessels. Generated all working level procedures for shop implementation.

2

3/90 to 4/90 - **Q.C. Consultant** - Offshore Petroleum Divers, Inc. Amelia, La
Evaluated three old Taylor Diving & Salvage Co., "saturation diving units" and support equipment. Reported the condition of the units, with regard to ASME/PVHO codes, and recommended if they were suitable for purchase.

5/87 to 3/90 - **Project Manager** - Chemfix Technologies Inc. Raritan NJ
Conceptual, design, construction, and operations of: Municipal waste solidification plants. In two years I managed the design and construction of five plants in the northeast region. This also entailed the following: Hiring personal, purchasing, quality control, operations documentation, accounts payable, and engineering proposals for future projects.

3/84 to 4/87 - **Quality Assurance Engineer/Supervisor** - Baker CAC, Inc. Belle Chasse, LA
Supervise activities of the Q.A. and Q.C. departments, with regard to ASME/SPPE requirements. Generate, review and maintain the Q.A./Q.C. manuals, train and qualify all Q.C. Personal, and coordinate all third party inspection procedures and scheduling. Perform vendor and supplier audits and maintain records of performance of same, once qualified.

5/67 to 3/84 - **Quality Control Supervisor** - Taylor Diving and Salvage Co., Inc. Belle Chasse, LA
Formed the Q.C. Dept. in 1976, generated testing and procedures for all diving equipment and support equipment, maintained documentation of tests as per various state and federal agencies, ASME/PVHO codes.
  Started at Taylor Diving in 1967 as a mechanic/tender, late 1967 promoted to diver status, 1971 promoted to diving supervisor, late 1971 promoted to diving superintendent, 1973 promoted to project manager, 1976 to 1983 promoted to Quality Control Supervisor.

6/63 to 5/67 - **U. S. Navy** - Engineman 3rd Class, Diver 2nd Class 683-64-32  Performed tasks as a mechanic and salvage diver.

**SUMMARY OF EXPERIENCE WITH EQUIPMENT:**
*DIESEL ENGINES*: Buda GM2, 3, 4 & 6-71 series 6V & 8V-71 series 6V & 8V-53T series 12V-278A & 8-268A  Fairbanks Morse FM-38D Lister Hatz Deutz Lombardini ALCO and EMD
*GAS TURBINES*: Solar Turbines  *BOILERS*: Waywolf
  *DISTILLING UNITS*: AMF Flash Units

**RESIDENT FOREIGN EXPERIENCE:**
Africa, Canada, Columbia, Cuba, England, France, Holland, Iceland, Mexico and Scotland

3