IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD MAYFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-0718-WS-M |
| | ) |
| DRUMMOND CO., INC., et al. | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF JAMES R. VILSECK, JR.
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

STATE OF ALABAMA

COUNTY OF JEFFERSON

BEFORE ME the undersigned authority appeared James R. Vilseck, Jr. who being deposed does say, as follows:

1.     My name is James R. Vilseck, Jr.  I am presently employed by Drummond Company, Inc. in its Shoal Creek Mine as Manager of Engineering.  I am a graduate of West Virginia University Engineering of Mines.  I am forty-seven years of age and a resident of Hoover, Alabama.  I am familiar with the matters of which I speak as set forth below.

2.     In July, 2000 I assumed the position of Port Manager for Drummond Ltd.'s operations in Puerto Drummond, Colombia, South America.  The principal purpose of

EXHIBIT 3

Puerto Drummond is to see that open hopper barges are loaded with coal mined from the interior of Colombia, such barges shifted to large, ocean going bulk cargo vessels moored close offshore from Puerto Drummond where crane barges take the coal from the loaded hopper barges and load the same into the open holds of these large ocean going vessels.

3.      Mr. Richard Mayfield was hired as a Marine Operations Supervisor by Drummond, Ltd. which meant that it was his responsibility to act as a Shift Manager on his twelve-hour shift to see to it that the entire coal loading operation or an assigned portion of same was conducted in a safe manner, in compliance with all laws and all Colombian regulations in a safe and efficient manner. This meant that Mr. Mayfield had to coordinate all of the assist vessels involved and bring all of their activities together to see to the efficient and safe operation of the loading of these ocean going vessels. These assist vessels involved in this operation are named in attached List of Vessels. In addition to this List of Vessels (Exhibit A hereto), there were quite a number of open coal hopper barges. As a Marine Operations Supervisor, Mr. Mayfield was basically in charge of as many as 50 people involved in the coal loading operation. Also, if it came to his attention that one of the vessels, say, the EL CID was needed to perform a task which would expedite the safe loading of the coal, he had the authority and the obligation to order the Captain of the EL CID to move his vessel into position to accomplish this purpose.

Each of the vessels on attached List of Vessels was under the Colombian flag. Each Captain and all of the crew of each such vessel were Colombian nationals, except for the bucket operators of the crane barges some of whom were Venezuelan.

4.    To the best of my knowledge, at no time was Mr. Mayfield ever a member of the crew of any of the vessels on attached List of Vessels while he was employed with Drummond, Ltd., which would include January 25, 2001 when Mr. Mayfield reported that he hurt his back.

5.    To the best of my knowledge, at no time was Mr. Mayfield an officer of any of the vessels named on the List of Vessels including on January 25, 2001 when he says he hurt his back.

6.    To the best of my knowledge, at no time while Mr. Mayfield was employed by Drummond, Ltd., did Mr. Mayfield have any duties to perform aboard any of the vessels such as operating any vessels or assisting in the navigation of any vessels listed on the List of Vessels.

7.    I recall that Mr. Mayfield said that he had a sore back but it is my best recollection that he never lost any time from work as a result of his back.

8.    As I recall, Mr. Lloyd McIntyre who was his boss assigned to Mr. Mayfield a number of tasks involving making engineering, marine surveyor type of investigations and calculations.

9.    I left Puerto Drummond to come to the Shoal Creek Mine in Alabama in September, 2001.

10.    So far as I know, Mr. Mayfield performed no physical services to any of the vessels named in Exhibit A except on a very limited number of occasions such as the incident at issue whereby Mayfield worked as a diver and helping remove an object from the shaft or wheel of the EL CID as generally described in his accident report of January 25, 2004 which is attached hereto as Exhibit B.

11.    The vessels named in Exhibit A were well-maintained by Drummond, Ltd. and subject to annual inspection by the Columbian authorities.

12.    If there was anything unsafe about the way in which the hydraulic unit was being transferred as set forth in Mr. Mayfield's accident report, Exhibit B, then he should have, as a supervisor seen to it that it was either not performed at all or performed in a safe manner.  Also, as a supervisor, he obviously had the authority to order someone other than himself to be personally involved in the handling and lifting of such hydraulic unit.

_James R. Vilseck, Jr._
JAMES R. VILSECK, JR.

STATE OF ALABAMA
COUNTY OF JEFFERSON

Sworn to before me this 28th day of
September , 2004

_Mary C. Marsher_
Notary Public
My Commission expires: 06-28-08

4

# LIST OF VESSELS

EVITA

EL CID

CRANE BARGE COLOMBIA #1

CRANE BARGE COLOMBIA #2

CRANE BARGE COLOMBIA #3

CRANE BARGE COLOMBIA #4

LANGOSTA #1

LANGOSTA #2

LA BALLENA

RIO TORIBIO

MICHAEL T.

CIENAGA

EL DELFIN

**EXHIBIT A**

*OK ALL # 71441*

# DRUMMOND LTD. COLOMBIA

## INJURY, ILLNESS AND PROPERTY DAMAGES ACCIDENT REPORT
### (THIS REPORT MUST BE COMPLETED THE SAME DAY OF THE ACCIDENT)

DEPARTMENT/ SECTION **MARINE OPERATIONS Colombia LTD**   CASE ID No. **____-14/.**

LOCATION WHERE ACCIDENT HAPPENT **EVITA**

EMPLOYEE NAME: **RICHARD MAYFIELD**   I.D. # **100346**

ADDRESS: **297 CHESTNUT OAK DR. MANDEVILLE LA 70448**   PHONE No. **50h 727-7848**

DATE OF BIRTH: **5-8-1946**   AGE **54**   SEX: ☒ Male ☐ Fem   DATE OF EMPLOYMENT **10-18-2000**

MARITAL STATUS ☐ Single ☒ Married ☐ Divorced ☐ Widowed ☐ Living with No of DEPENDENTS **4**

DATE OF ACCIDENT **1-25-2001**   TIME: **0830**   TIME SHIFT STARTED **0600**   SHIFT: **Day**

TYPE OF EVENT: ☒ Injury ☐ Illness ☐ PD CONSEQUENCES ☐ Death ☐ Per. Disab. ☐ Temp. Disab. ☒ F. Aid ☐ PD.Mayor/ Minor

IF INJURY RESULTED IN DEATH OR MAYOR PD WHAT WAS THE DATE IT OCCUR?: _____

MINIG EXPERIENCE: **0**   EXPERIENCE IN CURRENT JOB **30 DYS**   EXPERIENCE AT LOCATION: **4 MONTHS**

EMPLOYEE'S REGULAR OCCUPATION: **Marine Sup.**   OCCUPATION WHEN ACCIDENT: **Diving Officer**

EQUIPMENT INVOLVED: **HYD. SAW**   MODEL No _____   MANUFACTURER **STANLEY**

BODY PART INJURED/ EQUIPMENT PARTS: **STRAINED BACK**   TYPE OF INJURY/
(CONTUSION,STRAIN,ETC)/DEMAGES: **STRAINED BACK**

FULLY DESCRIBE HOW THE ACCIDENT OCCURRED AND WHAT CAUSED IT **HAD TO LOAD HYD. POWER UNIT INTO AND OFF OF PICK UP- DOWN PIER ONTO EVITA - OFF EVITA ONTO EL CID TO USE TO REMOVE CHAIN FROM STBD. PROP. OF ELCID ALL ABOVE STEPS ARE REVERSED TO UNLOAD- PULL BACK GETTING UNIT OFF OF EVITA ONTO ELCID - REQUIRES 4 PEOPLE**

STEPS TAKEN TO PREVENT A SIMILAR OCCURRENCE: _____

NAME OF WITNESS:_____   DATE AND TIME OF INVESTIGATION:_____

NAME AND ADDRESS OF TREATING PHYSICIAN/ HOSPITAL: _____

TRANSPORTATION PROVIDED:_____   TREATMENT: ☐ Hospitalized ☐ Outpatient ☐ Emergency Treatment ☐ Health Unit.

DID EMPLOYEE RECEIVE FULL PAY FOR DAY OF ACCIDENT? ☐ Yes ☐ No   DATE DISABILITY BEGAN?_____   # OF DAYS:_____

HAS INVOLVED EMPLOYEE RETURNED TO WORK? ☐ Yes ☐ No   IF SO, DATE_____   AT WHAT WAGE?_____

AT WHAT OCCUPATION?_____   DATE REPORT COMPLETED_____

SUPERVISOR SIGNATURE:_____   SENIOR SUPERVISOR SIGNATURE:_____

SUPERINTENDENT SIGNATURE _____   PERSON COMPLETING REPORT **RICHARD MAYFIELD**

ACCIDENT.DOC/ABM DATAPORT DRUMMOND/SAFETY

**EXHIBIT B**