IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD MAYFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-0718-WS-M |
| | ) |
| DRUMMOND CO., INC., et al. | ) |
| | ) |
| Defendants. | ) |

## **AFFIDAVIT OF JOSE VICENTE GUZMAN**

REPUBLIC OF COLOMBIA

BOGOTA DC

Before me the undersigned Consul of the United States of America before the Republic of Colombia, appeared Jose Vicente Guzman who first being duly deposed did say:

1. My name is Jose Vicente Guzman. I am a native of Colombia, my office address being Calle 82 # 11-37, Ofc. 518, Bogotá DC. In 1990, I received my law degree from Universidad Externado de Colombia, and in 1994 I received my LLM in Maritime Law from the University of Wales, College of Cardiff, UK. I am presently authorized and licensed to practice law in the Republic of Colombia. I am 39 years of age. I have practiced law continuously since being admitted.

2. I have knowledge of Colombian Maritime Law. Each of the following vessels is registered as a Colombian flagged vessel under the laws of the Republic of Colombia, and, as such, in my opinion are subject to the applicable laws of the Republic of Colombia: EVITA, EL CID, CRANE BARGE COLOMBIA #1, CRANE BARGE COLOMBIA #2, CRANE BARGE

MOBIMANAGE_234800_2.DOC

**EXHIBIT 4**

COLOMBIA #3, CRANE BARGE COLOMBIA #4, LANGOSTA #1, LANGOSTA #2, LA BALLENA, RIO TORIBIO, MICHAEL T, CIENAGA, and EL DELFIN.

3.      In my opinion as a Colombian attorney, by virtue of article 99 of Decree – Law 2324 of 1984 of the laws of the Republic of Colombia, a Colombian flagged vessel must be manned, navigated and operated 100% by Master and Officers who must be citizens and residents of Colombia, and 80% of the remaining crew members who must be citizens and residents of Colombia. In other words, in my opinion a U.S. citizen or another non-Colombian citizen cannot be Master nor Officer of a Colombian flagged vessel, nor a member of the crew of a Colombia flagged vessel, under said 80%, without being in violation of above cited law.

4.      In my opinion as a Colombian attorney, by virtue of Decree 1597 of 1988 of the laws of the Republic of Colombia, divers are not deemed as crew members of a Colombian flagged vessel, since such legislation does not include divers within the categories or licensed personnel who can qualify as crew members. Divers are issued a license from the Colombian Maritime Authority since their activity is considered as a "maritime activity", but not as crew member work.

5.      The above cited portion of the law of the Republic of Colombia was in full force and effect in 2001 and remains in full force and effect today.

6.      My charges are $ 180 per hour. I have not been the author of any publications within the past 10 years except "Admiralty Jurisdiction in Colombia", edited by the Universidad Externado de Colombia in 2002. I have not testified as an expert at trial or by deposition within the preceding 4 years.

- 2 -

7. I enclose hereto my CV.

Jose Vicente Guzman

Date: July 14th, 2004

REPUBLIC OF COLOMBIA

BOGOTA DC

Republic of Colombia )
Capital District )
City of Bogotá, )    SS:
Embassy of the )
United States of America )

Before me the undersigned authority appeared Jose Vicente Guzman who states that his statement contained above is true and correct to the best of his knowledge, information and belief.

Stella C. Lutter
Vice Consul of the United
States of America

Consul of the United States of America
My Commission Expires: Indefinitely

- 3 -

## JOSE VICENTE GUZMAN

Calle 82 No 11-37, Of. 518

(57 1) 6170579 / 6170580

Bogotá, Colombia

e-mail: jvguzman@guzmaritime.com

## PROFILE

Lawyer Universidad Externado de Colombia), LLM in Maritime and Transportation Law (University of Cardiff, UK). Thirteen years of experience as practising lawyer, both advisor and litigant, in the fields of maritime law, aviation law, transportation law, international trade law and insurance law. Participated in the drafting of acts and statutes relating to shipping, transportation, aviation and tourism law, as well as to the organisation of the Ministries of Transportation, International Trade and Industry. Arbitrator from the Chambers of Commerce of Bogotá, Cartagena, Barranquilla and Panama. Academic experience as part time lecturer of Maritime and Transportation Law at the Universidad Externado de Colombia.

## PERSONAL DETAILS

Date and place of birth: Girardot, Colombia, 01/04/1965

Nationality: Colombian

Marital status: Married

## PROFESSIONAL EXPERIENCE

### *GUZMAN ESCOBAR & ASSOCIATES*

*Solicitors*

Partner

From April 1995 - Present activity

In charge of different client accounts, both private and public, national and multinational, advising and litigating in the fields of commercial law, civil law, maritime law, aviation law, transportation law, international trade law and administrative law.

### *UNIVERSIDAD EXTERNADO DE COLOMBIA*
*Faculty of Law*

Director of the Specialisation in International Maritime Law

June 1997 – Present activity (Part Time)
Lecturer
Shipping and Transportation Law
1993 – Present activity (Part Time)

## *ARAUJO IBARRA & ASSOCIATES LTD.*

*Solicitors*
Associated Lawyer
November 1993 - May 1995
In charge of different client accounts, national and multinational, advising in the
fields of commercial law and international trade law.

## *PRESIDENCY OF THE REPUBLIC*
### *OFFICE OF THE COUNSEL FOR THE MODERNIZATION OF THE STATE*
External Advisor
November 1993 - July 1994
Worked as member of a group of advisors in charge of preparing the bill relating to
the basis of the organisation of public entities, according to the Constitution of
1991.

## *COLOMBIAN CIVIL AERONAUTIC BOARD*
General Secretary
February 1993 - October 1993
In charge of the administrative running of the entity as well as of the contracting
process.

## *PRESIDENCY OF THE REPUBLIC*
### *OFFICE OF THE COUNSEL FOR THE MODERNIZATION OF THE STATE*
Advisor
October 1992 - February 1993
In charge of the drafting of the statute containing the structure, functions and
mission of the Ministry of Transportation.

## *COLOMBIAN INSTITUTE FOR FOREIGN TRADE (INCOMEX)*
Head of Division of International Prices
February 1991 - August 1991
Implemented and executed the governmental policy of control on import prices.

## *ARTHUR ANDERSEN & CIA.*
Tax and Legal Advisory Division
November 1988 - January 1991

Assistant to managers and partners in advising and litigating for different national and multinational companies in commercial law, tax law and international trade law.

### *FERREIRA & SARMIENTO*
**Solicitors**
Assistant Lawyer
June 1987 - June 1988
Assistant to partners in advising and litigating in international trade law.

## EDUCATION

### COLEGIO ANTONIO NARIÑO - Bogota, Colombia

Bachelor, 1981

### *UNIVERSIDAD EXTERNADO DE COLOMBIA - Bogota, Colombia*

Faculty of Law
Lawyer: 1987
Admitted to bar: 1990

### *UNIVERSITY OF CARDIFF - United Kingdom*

Cardiff Law School
LLM in Maritime and Transportation Law, 1992

## LANGUAGES

English: fluent both oral and written.